# Exhibit 2

Method claim: 1

| US11899713B | Apple Music ("The accused instrumentality") |
|---|---|
| 1. A method for selecting a song, comprising: | The accused instrumentality discloses a method for selecting a song (e.g., recommending a song based on mood).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. It recommends similar music to the user based on their listening preferences and moods.<br><br><br><br>https://music.apple.com/us/browse |

## What is Apple Music? Is it the same as iTunes?    ⌃

Apple Music is a streaming service that allows you to listen to over 100 million songs. Its features include the ability to download your favourite tracks and play them offline, lyrics in real time, listening across all your favourite devices, new music personalised just for you, curated playlists from our editors and much more. All this in addition to exclusive and original content.

Your iTunes library is still yours. You can access your entire collection from Apple Music or from iTunes for macOS or Windows.

https://www.apple.com/apple-music/



https://music.apple.com/us/search



https://music.apple.com/us/browse

https://music.apple.com/us/browse



https://music.apple.com/us/room/6456176472



https://music.apple.com/us/curator/apple-music-feel-good/1558256919



https://music.apple.com/us/curator/apple-music-feel-good/1558256919

As shown below, when a user listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Song recommended based on mood

https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1

| | |
|---|---|
| | 1. At music.apple.com 🎵, do any of the following to find music you want to play:<br><br>• *View recommendations tailored for you:* Click Home in the sidebar, then find music you recently played, personal playlists created for you, genres you might like and more.<br><br>• *See what's new in Apple Music:* Click Browse in the sidebar, then find music by mood, new releases, charts and more.<br><br>• *Find personalised playlists:* Click Made For You in the sidebar to display playlists based on your listening profile and history.<br>https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web |
| selecting the song based on a computer-derived comparison between a representation of the song to known similarities in representations of other songs, | The accused instrumentality discloses selecting the song (e.g., recommending a song based on mood) based on a computer-derived comparison (e.g., machine learning, etc.) between a representation of the song (e.g., frequency characteristics of the songs, etc.) to known similarities in representations (e.g., frequency characteristics of the songs, etc.) of other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. |



https://music.apple.com/us/browse



https://music.apple.com/us/room/6456176472

# Browse Apple Music

Tap Browse to find new music. Do any of the following:

- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.

- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.

- *Explore new music:* Swipe through the albums listed below New Music.

- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.

  representation of the song

- *See what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.

- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.

- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.

  comparison between a representation of the song

- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.

- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.

- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.

*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.

https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios

You can also shuffle and repeat songs, queue them up in a specific order and sort them.

computer-derived comparison

💡 Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.

If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.

https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web

As shown below, when a user listens to songs related to happy mood, the accused instrumentality suggests or recommends similar songs based on the same mood.



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1

| wherein the known similarities in representations of other songs is based at least in part on a human-trained | The accused instrumentality discloses that the known similarities in representations (e.g., frequency characteristics of the songs, etc.) of other songs (e.g., other songs in the catalogue) is based at least in part on a human-trained machine (e.g., machine learning, etc.) using the representations (e.g., frequency characteristics of the songs, etc.) of the other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of |
|---|---|

| | |
|---|---|
| machine using the representations of the other songs,<br><br>**Row: 28-33, Column: 6**<br><br>*The moods identified above are just examples of categories into which similar RTP scored tracks may be organized. There could be many more categories. The categories may have any name or number associated with each one, such as* | other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>You can also shuffle and repeat songs, queue them up in a specific order and sort them.<br><br>Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.<br><br>If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.<br><br>https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web |

| | |
|---|---|
| *the moods above, colors, locations, etc., including completely arbitrary or made-up words.* | ## Browse Apple Music<br><br>Tap Browse to find new music. Do any of the following:<br><br>- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.<br><br>- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.<br><br>- *Explore new music:* Swipe through the albums listed below New Music.<br><br>- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.<br><br>    `representation of the song`<br><br>- *See what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.<br><br>- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.<br><br>- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.<br><br>    `human-trained machine`<br><br>- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.<br><br>- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.<br><br>- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.<br><br>*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.<br><br>https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios |



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1

# What is pitch in music?

In music, "pitch" refers to the perceived frequency of a sound. Essentially, it's how high or low a note sounds. The pitch of a sound is determined by its frequency, with higher frequencies producing higher pitches and lower frequencies building lower pitches.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/# !

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

| wherein the representatio | The accused instrumentality discloses the representation of the song (e.g., a particular song for the desired mood) is based on isolating and identifying frequency characteristics of the song (e.g., pitch, |
|---|---|

| | |
|---|---|
| n of the song is based on isolating and identifying frequency characteristics of the song, | tone, etc.).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>You can also shuffle and repeat songs, queue them up in a specific order and sort them.<br><br>💡 Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.<br><br>If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.<br><br>https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web |

# Browse Apple Music

Tap Browse to find new music. Do any of the following:

- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.

- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.

- *Explore new music:* Swipe through the albums listed below New Music.

- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.

representation of the song

- See *what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.

- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.

- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.

- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.

- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.

- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.

*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.

https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Classification of various frequency bands in the audio frequency spectrum.

https://www.headphonesty.com/2020/02/audio-frequency-spectrum-explained/



ROCK red
OPERA orange
JAZZ blue
HIP-HOP magenta
CLASSICAL green

spectrums-1.png
Pano · 2017-08-08 8:49 pm at 8:49 PM

https://www.diyaudio.com/community/threads/spectrum-of-musical-genres.310900/

# What is pitch in music?

In music, "pitch" refers to the perceived frequency of a sound. Essentially, it's how high or low a note sounds. The pitch of a sound is determined by its frequency, with higher frequencies producing higher pitches and lower frequencies building lower pitches.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

one or more moods of the song

https://englishpluspodcast.com/can-music-frequencies-change-your-mood/

Expression of emotion — one or more moods of the song — frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

| wherein the representations of a | The accused instrumentality discloses the representations of a plurality of the other songs (e.g., other songs in the catalogue) are based on a human listening to each of the plurality of the other songs (e.g., other songs in the catalogue) in order to isolate and identify frequency characteristics |
| --- | --- |

| | |
|---|---|
| plurality of the other songs are based on a human listening to each of the plurality of the other songs in order to isolate and identify frequency characteristics of the plurality of the other songs, | (e.g., pitch, tone, etc.) of the plurality of the other songs (e.g., other songs in the catalogue).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.<br><br>You can also shuffle and repeat songs, queue them up in a specific order and sort them.<br><br>💡 Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.<br><br>If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.<br><br>https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web |

## Browse Apple Music

Tap Browse to find new music. Do any of the following:

- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.

- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.

- *Explore new music:* Swipe through the albums listed below New Music.

- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.

representation of the song

- *See what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.

- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.

- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.

- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.

- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.

- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.

*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.

https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Song recommended based on mood

https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Classification of various frequency bands in the audio frequency spectrum.

https://www.headphonesty.com/2020/02/audio-frequency-spectrum-explained/



ROCK red
OPERA orange
JAZZ blue
HIP-HOP magenta
CLASSICAL green

spectrums-1.png
Pano · 2017-08-08 8:49 pm at 8:49 PM

https://www.diyaudio.com/community/threads/spectrum-of-musical-genres.310900/

# What is pitch in music?

In music, "pitch" refers to the perceived frequency of a sound. Essentially, it's how high or low a note sounds. The pitch of a sound is determined by its frequency, with higher frequencies producing higher pitches and lower frequencies building lower pitches.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

one or more moods of the song

https://englishpluspodcast.com/can-music-frequencies-change-your-mood/

**Expression of emotion** ── one or more moods of the song ── frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

| | |
|---|---|
| | One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**<br><br>https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#<br><br>Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.<br><br>So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.<br><br>https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/ |
| wherein the frequency characteristi | The accused instrumentality discloses that the frequency characteristics (e.g., pitch, tone, etc.) of the song (e.g., a particular song for the desired mood) correspond to one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the song (e.g., a particular song with a |

| | |
|---|---|
| cs of the song correspond to one or more moods of the song and the frequency characteristics of the plurality of the other songs correspond to one or more moods of the plurality of the other songs, | desired mood) and the frequency characteristics (e.g., pitch) of the plurality of the other songs (e.g., other songs in the catalogue) correspond to one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the plurality of the other songs (e.g., other songs in the catalogue). |

As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.

The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model.

You can also shuffle and repeat songs, queue them up in a specific order and sort them.

💡 Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.

If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.

https://support.apple.com/guide/music-web/stream-recommended-songs-apdm6e2944a5/web

## Browse Apple Music

Tap Browse to find new music. Do any of the following:

- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.

- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.

- *Explore new music:* Swipe through the albums listed below New Music.

- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.

  representation of the song

- *See what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.

- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.

- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.

- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.

- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.

- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.

*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.

https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Song recommended based on mood

[https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1](https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1)

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

one or more moods of the song

[https://englishpluspodcast.com/can-music-frequencies-change-your-mood/](https://englishpluspodcast.com/can-music-frequencies-change-your-mood/)

**Expression of emotion** — one or more moods of the song — frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/# !

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

**Classification via Tags:** Music mood classification often involves tagging songs with emotional descriptors such as "happy," "sad," "energetic," and "relaxing." Machine learning models can then be trained on these tags to automatically classify songs based on their emotional content.

| Mood | Intensity | Timbre | Pitch | Rhythm |
|---|---|---|---|---|
| **Happy** | Medium | Medium | Very High | Very High |
| **Exuberant** | High | Medium | High | High |
| **Energetic** | Very High | Medium | Medium | High |
| **Frantic** | High | Very High | Low | Very High |
| **Anxious/Sad** | Medium | Very Low | Very Low | Low |
| **Depression** | Low | Low | Low | Low |
| **Calm** | Very Low | Very Low | Medium | Very Low |
| **Contentment** | Low | Low | High | Low |

https://kratichoudhary258.medium.com/music-mood-classification-relativity-to-music-therapy-7c44250c45dc

| | |
|---|---|
| and wherein the selection is based on | The accused instrumentality discloses that the selection is based on the similarity between the one or more moods (e.g., categorizing songs into moods such as happy, sad, etc.) of the song (e.g., a particular song with a desired mood) and the one or more moods (e.g., categorizing songs into |

| the similarity between the one or more moods of the song and the one or more moods of the plurality of the other songs. | moods such as happy, sad, etc.) of the plurality of the other songs (e.g., other songs in the catalogue, etc.).<br><br>As shown below, the accused instrumentality is a music streaming service that allows users to access playlists and stations curated based on different moods. Each song is analysed to create a representation which includes frequency characteristics of the song such as pitch, tone, etc. to infer the mood of the song. Higher pitch corresponds to higher frequency, while lower pitch corresponds to lower frequency. Similarly, the tone of the music is determined from the frequency characteristic. When a user plays a song specific to moods, the accused instrumentality compares the representation of the desired song to the known similarities in representations of other songs in the catalogue. These known similarities are informed by the machine learning model, which is trained to understand how different frequency characteristics correlate with specific moods.<br><br>The accused instrumentality determines which songs have similar moods. For example, if the user is listening to a song in a "happy" mood, the system will search for songs that share frequency characteristics associated with happiness. Further, another song is recommended to the user based on how closely its mood matches the moods of other songs classified by the human-trained machine learning model. |



https://music.apple.com/us/room/6456176472



https://music.apple.com/us/curator/apple-music-feel-good/1558256919



https://music.apple.com/us/curator/apple-music-feel-good/1558256919

You can also shuffle and repeat songs, queue them up in a specific order and sort them.

💡 Tip: Apple Music creates a series of special insights and playlists — highlighting the music you listen to most — for every year you're a subscriber. To get yours, click Home in the sidebar, then click Get Your Replay Mix in the main Music window. See the Apple Support article How to get your Apple Music Replay.

If you have the Music or iTunes app on your computer or device, you can create an Apple Music profile, which lets you share what you're listening to and request to follow friends. (When you follow friends, you can see what they're listening to.) To open the app directly from Apple Music on the web, just click the link in the bottom-left corner.

https://support.apple.com/guide/music-web/apdm6e2944a5/web

## Browse Apple Music

Tap Browse to find new music. Do any of the following:

- *Explore featured music:* Swipe through featured songs and videos at the top of the Browse screen.

- *Browse playlists created by music experts:* Tap one of the many playlists created by music experts.

- *Explore new music:* Swipe through the albums listed below New Music.

- *Play music that matches your mood:* Tap a mood, such as Feel Good, Romance, or Party, then tap a playlist.

  representation of the song

- *See what's hot:* Tap a song below the Best New Songs heading. Swipe left to see more songs.

- *Listen to the top songs from around the world:* Tap one of the Daily Top 100 playlists. These playlists reflect the day's most popular songs in countries across the globe.

- *Listen to songs from upcoming albums:* Tap an album below Coming Soon, then tap an available song to play it.

- *Browse your favorite categories:* Tap Browse by Category, choose a category, then tap a featured playlist, song, album, artist, radio station, or music video to enjoy music handpicked by music experts.

- *Play the day's most popular songs:* Tap Charts, then tap a song, playlist, album, or music video to play it. Tap All Genres at the top of the screen to see the top songs and music videos in a genre you choose.

- *Watch music videos:* Tap Music Videos, then tap a featured music video or playlist of music videos.

*Note:* To see more music, swipe left on the album art. To see all the music in a section—New Music, for example—tap > next to the section's name.

https://support.apple.com/guide/iphone/find-new-music-iph2c41e6189/ios



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1



Song recommended based on mood

https://music.apple.com/us/playlist/feeling-happy/pl.0d4aee5424c74d29ad15252eeb43d3b1

## Frequencies and Their Potential Emotional Effects

While research is ongoing, the following musical elements are often associated with these effects:

- **High Frequencies:** These can create a sense of alertness, focus, and even mild agitation.
- **Low Frequencies:** These promote relaxation, calmness, and sometimes even introspection or melancholy.
- **Minor Keys:** Often evoke feelings of sadness, longing, or introspection.
- **Major Keys:** Typically associated with happiness, optimism, and energy.

one or more moods of the song

https://englishpluspodcast.com/can-music-frequencies-change-your-mood/

**Expression of emotion** — one or more moods of the song    frequency characteristics

Different pitches evoke different emotions. Higher pitches are often associated with brightness and excitement, while lower pitches may convey depth and introspection. Composers and musicians use pitch variations to express a wide range of emotions in their music.

https://thedemostop.com/blogs/music-education/music-industry/what-is-pitch-in-music/

One of the most significant aspects of pitch in music is its ability to convey meaning and emotion. **Different pitches can evoke different moods and feelings, from the uplifting and joyful to the sombre and melancholic.** For example, a **higher pitch can often convey a sense of excitement or elation,** while a **lower pitch can suggest sadness or seriousness.**

https://www.aulart.com/blog/understanding-the-importance-of-pitch-in-music/#

Hey there, music enthusiasts! Let's dive into the world of music and explore a term that gets thrown around a lot: tone. When we talk about tone in music, we're talking about the quality of sound, specifically the pitch of a musical note. It's what makes each instrument or voice unique and helps us tell them apart, even when they're playing the same note. Think of it like hearing a guitar and a piano playing the same note—you can instantly tell the difference in tone. Pretty cool, right? Well, in this blog, we're gonna explore what tone is all about and how you can use it to take your songwriting game to the next level.

So, how can you use tone in music? Well, it's all about creating a certain mood or emotion. By choosing the right notes and instruments, you can convey different feelings in your songs. For example, playing a minor chord progression on a piano can bring out that melancholic, sad vibe, while strumming some major chords on a guitar can fill your music with happiness and joy.

https://melodystudio.net/2023/08/07/tone-in-music-what-it-is-and-how-to-use-it/

**Classification via Tags:** Music mood classification often involves tagging songs with emotional descriptors such as "happy," "sad," "energetic," and "relaxing." Machine learning models can then be trained on these tags to automatically classify songs based on their emotional content.

| Mood | Intensity | Timbre | Pitch | Rhythm |
|---|---|---|---|---|
| Happy | Medium | Medium | Very High | Very High |
| Exuberant | High | Medium | High | High |
| Energetic | Very High | Medium | Medium | High |
| Frantic | High | Very High | Low | Very High |
| Anxious/Sad | Medium | Very Low | Very Low | Low |
| Depression | Low | Low | Low | Low |
| Calm | Very Low | Very Low | Medium | Very Low |
| Contentment | Low | Low | High | Low |

https://kratichoudhary258.medium.com/music-mood-classification-relativity-to-music-therapy-7c44250c45dc